sOrder filed September 11, 2012



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00392-CV
_____

**HELEN MAYFIELD, Appellant**

**V.**

**JOHN CUOCO, STEVE FULLJART, KBTX NEWS, A CORPORATION AND GRAY COMMUNICATIONS, A CORPORATION, JOINTLY AND SEVERALLY, Appellee**

---

**On Appeal from the 80th District Court
Harris County, Texas
Trial Court Cause No. 2011-26159**

---

## O R D E R

Appellant's brief was due July 9, 2012. No brief or motion for extension of time has been filed.

Unless appellant files her brief with the clerk of this court on or before **September 24, 2012**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Order filed .